ORIGINAL



1  CAROL C. LAM
   United States Attorney
2  DANIEL S. ANDERSEN
   Special Assistant U.S. Attorney
3  28 U.S.C. § 543
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7387

6  Attorneys for Defendant

7

FILED

06 OCT 20  AM 10: 37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  ALEX BARRIENTES,                )   CIVIL NO. 06cv0046-BEN (RBB)
                                    )
11              Plaintiff,          )   STIPULATION FOR DISMISSAL OF
                                    )   COMPLAINT WITH PREJUDICE, AND
12      v.                          )   ORDER THEREON
                                    )
13  DONALD C. WINTER,               )
    SECRETARY, DEPARTMENT OF        )
14  THE NAVY                        )
                                    )
15              Defendant.          )
                                    )
16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1        IT IS HEREBY STIPULATED by and between Plaintiff and Defendant to the above-captioned

2   action, through the undersigned, that the Complaint and all claims of Plaintiff in the above-captioned

3   action be dismissed with prejudice pursuant to Rule 41, subparagraph (a)(1)(ii), of the Federal Rules of

4   Civil Procedure.  Each party shall bear his or her own attorneys' fees and costs.

5

6   DATED: _13 sept. 2006_       _Alex Barrientes_

7                                       ALEX BARRIENTES
                                    Plaintiff

8

9   DATED: _10-3-06_       GRADY & ASSOCIATES

10

11                                         _Alan K. Hahn_

12                                       ALAN K. HAHN, Esq.
                                    Attorneys for Plaintiff

13

14   DATED: _10/6/06_       CAROL C. LAM
                                    United States Attorney

15

16

17                                       DANIEL S. ANDERSEN
                                    Special Assistant U.S. Attorney

18                                       Attorneys for Defendant

19

20   --------------------------------------------------------------------------------

21                                       **ORDER**

22   IT IS SO ORDERED.

23   DATED: _10/19/06_

24                                       United States District Judge

25

26

27

28